971] —Application for reinstatement granted only to the extent of referring this matter to a Referee for a hearing and to report concerning whether petitioner has established by clear and convincing evidence that he possesses the requisite character and general fitness to resume the practice of law, and otherwise meets the standards for reinstatement set out in section 6-3.14 (b) of the Rules of this Court (22 NYCRR 603.14 [b]). No opinion. Concur—Lerner, P. J., Rosenberger, Ellerin, Wallach and Rubin, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JANE WEISBECKER ARNONE, admitted on October 31, 1988, at a term of the Appellate Division, First Department. FREDERICK JAMES BAUMANN, admitted on April 7, 1980, at a term of the Appellate Division, First Department. LAURA V. BECKER-LEWKE, Also Known as LAURA V. BECKERLEWKE, admitted on May 6, 1981, at a term of the Appellate Division, Second Department. MARGRIT LAURA BENTON, admitted on August 26, 1985, at a term of the Appellate Division, First Department. WALTER B. BERGNER, admitted on December 21, 1951, at a term of the Appellate Division, Second Department. MICHAEL HOWARD BERNS, admitted on March 15, 1976, at a term of the Appellate Division, First Department. ROBERT CARL BIEGEN, admitted on March 19, 1979, at a term of the Appellate Division, First Department. ROBERT Q. BIGGAR, admitted on April 2, 1954, at a term of the Appellate Division, Second Department. BRUCE M. BLOCH, admitted on October 24, 1973, at a term of the Appellate Division, Second Department. [671 NYS2d 971] —The above-named respondents are reinstated as attorneys and counselors-at-law in the State of New York, effective April 2, 1998. No opinion. Concur—Milonas, J. P., Ellerin, Nardelli, Williams and Mazzarelli, JJ. [See, 230 AD2d 366.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. VINCENT ALTAMURA, admitted on July 22, 1987, at a term of the Appellate Division, Second Department [M-7223.30]. SUSAN AMY ASHLEY, admitted March 25, 1992, at a term of the Appellate Division, Second Department [M-7223.50]. JOSEPH A. AZAR, admitted on October 1, 1980, at a term of the Appellate Division, Second Department [M-7223.59]. THOMAS G. BAGG, admitted on June 24, 1957, at a term of Appellate Division First Department [M-7223.66]. PATRICIA M. E. J. BEERKENS, admitted on August 21, 1990, at a term of the Appellate Division, First Department. ROBERT H. BIENSTOCK, admitted on April 14, 1986, at a term of the Appellate Division, First Department [M-7223.128]. [— NYS2d —]